NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1418

HUMAN GENOME SCIENCES, INC.,

Plaintiff-Appellant,

v.

IMMUNEX CORPORATION
and AMGEN INC.,

Defendants-Appellees.

Appeal from the United States Court District Court for the District of Delaware in case no. 07-CV-780, Judge Sue L. Robinson.

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

Human Genome Sciences, Inc. moves for a 14-day extension of time, until April 6, 2009, to file a reply brief. Immunex Corporation and Amgen Inc. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

APR 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard L. DeLucia, Esq.
    Robert M. Galvin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 02 2009

JAN HORBALY
CLERK